134

764 A.2d 1051

Marjorie WOLLOCH, Respondent,

v.

Robert AIKEN, M.D., Michelle Meltzer, M.D., Richard Keohane, M.D., Pennsylvania Hospital, Thomas Jefferson Hospital.

Petition of Robert Aiken, M.D.

Supreme Court of Pennsylvania.

Oct. 10, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 10th day of October 2000, the Application for Leave to Amend ˙Petition for Allowance of Appeal is denied. The Petition for Allowance of Appeal is granted, limited to the following issue:

Whether the Superior Court's opinion conflicts with its subsequent decision in *Miller v. Sacred Heart Hospital,* 753 A.2d 829 (Pa.Super.2000), other opinions of the Superior Court and Pennsylvania Rule of Civil Procedure 1035.2.